IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **LINDA S. MUSIAL** ) | |
| ) | |
| **Plaintiff** ) | |
| vs. ) | Civil Case No.  06-0264-CV-W-DW |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| **Defendant** ) | |

__X__  **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: that the Commissioner's decision denying Plaintiff's disability benefits is **AFFIRMED**.

| | |
|---|---|
| October 11, 2007 | Patricia Brune |
| Date | Clerk |
| | By: /s/ Y. Johnson |
| | Deputy Clerk |